UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA OSORIO,

          Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CIVIL ACTION NO.: 19 Civ. 8396 (ER) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **September 15, 2020.** The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:     New York, New York
            August 20, 2020

SO ORDERED

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**